```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    WAIVER OF INDICTMENT
                                 :
            - v. -               :    23 Cr. 225 (JSR)
                                 :
JOSEPH JAMES O'CONNOR,           :    NDCA Case No.
                                 :    23 Cr. 113 (RS)
                                 :
            Defendant.           :
                                 :
                                 :
- - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 1030(a)(2)(C), 1030(a)(7)(B), 875(d), 2261A(2), 875(c), and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
JOSEPH JAMES O'CONNOR
Defendant

_____
Witness

_____
Jeffrey Brown, Esq.
Counsel for Defendant

Date:    New York, New York
         _____5/9/_____, 2023